UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Hung Ha,

    Plaintiff,

    v.

U.S. Attorney General, et al.,

    Defendants.

No. C 09-5281 JL

ORDER

    The Court held a hearing on an Order to Show Cause why Plaintiff should not be designated as a vexatious litigant. The Court ruled from the bench that Plaintiff is a vexatious litigant, and that any future in pro per pleading by him submitted in this federal district shall be subject to pre-filing review by a judge of this court. The Court will issue a detailed written order reflecting the reasoning behind its decision. In the interim, Plaintiff is hereby ordered not to file any additional papers in this case, and not to attempt to serve any additional pleadings on any of the Defendants in this case. The Clerk shall not file any such pleadings and shall return any such attempted filings to Plaintiff.

IT IS SO ORDERED.

DATED: June 30, 2010

                                                    James Larson
                                           United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG HA, | Case Number: CV09-05281 JL |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| NANCY WHELAN-STEVENS et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 1, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hung Ha
P.O. Box 367
Berkeley, CA 94701-0367

Dated: July 1, 2010

Richard W. Wieking, Clerk
By: Venice Thomas, Deputy Clerk